UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JACOB O'MARA, | Case No.: 21-12278 |
| Plaintiff, | Shalina D. Kumar |
| v. | United States District Judge |
| COMMUNITY MENTAL HEALTH OF WASHTENAW COUNTY, *et al.*, | Curtis Ivy, Jr.<br>United States Magistrate Judge |
| Defendants. | |
| _____/ | |

### ORDER GRANTING DEFENDANT'S REQUEST TO REDACT TRANSCRIPT OF APRIL 12, 2022 HEARING (ECF No. 48)

Defendant Community Mental Health of Washtenaw County ("WCCMH") requested that the transcript of the April 12, 2022 hearing be redacted under E.D. Mich. Local Rule 5.3(a). (ECF No. 48). The motion was referred to the undersigned. (ECF No. 49). WCCMH contends the transcript of the April 12, 2022 hearing must be redacted or filed under seal, as the parties discussed Plaintiff's medical records and WCCMH has an obligation to keep patient's records confidential under MCL 330.1748(1). (ECF No. 48, PageID.814). Documents may be sealed in a civil case, when a statute or rule authorizes filing under seal. E.D. Mich. Local Rule 5.3(a). "Information in the record of a recipient, and other information acquired in the course of providing mental health

services to a recipient, shall be kept confidential and is not open to public inspection." Mich. Comp. Laws Ann. § 330.1748. So Michigan mental health code requires mental health providers like WCCMH to keep Plaintiff's records confidential.

For this reason, Defendant's request to redact transcript (ECF No. 48) is **GRANTED,** and the transcript of hearing held on **April 12, 2022** (ECF No. 41), will be **FILED UNDER SEAL**.

**IT IS SO ORDERED**.

The parties to this action may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: August 8, 2022                              s/Curtis Ivy, Jr.
                                                  Curtis Ivy, Jr.
                                                  United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2022, by electronic means and/or ordinary mail.

s/Kristen MacKay
Case Manager
(810) 341-7850
